IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

DANIEL BULLOCK     *
312 E. Brimstone Street
Sulphur, LA 70603     *

       Plaintiff,     *    24-C-22-004121

vs.     *    Case No. _____

NICE GUYS, LLC     *
1333 Burr Ridge Parkway
Burr Ridge, IL 60527     *

SERVE:     *
    Bojan Delibasic, Resident Agent
    5125 W 123rd Street     *
    Alsip, IL 60803
    *
AND
    *
PETER D. JEAN JACQUES
1840 Runners Way     *
N. Lauderdale, FL 33068
    *
       Defendants.
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

FILED SEP 21 2022 CIVIL DIV. CIRCUIT COURT FOR BALTIMORE CITY

## COMPLAINT

(Negligent Driving – Personal Injury– Commercial Trucking Agency - Negligent Hiring–Jury Trial)

COMES NOW the Plaintiff, Daniel Bullock, by and through his attorneys, Christopher F. Murphy, Esq. and Alpert Schreyer, LLC, and sues Nice Guys, LLC and Peter D. Jean Jacques (hereinafter "Jacques"), and avers and alleges the following:

### JURISDICTION

1. The Plaintiff is a resident of the State of Louisiana.

2. Defendant Jacques is a resident of the State of Florida.

ALPERT SCHREYER, LLC
8 Post Office Road
Waldorf, Maryland 20602
301-932-9997

1

Exhibit 2

3. Defendant, Nice Guys, LLC, is a corporation formed and registered in the State of Illinois and does business in the State of Maryland.

4. The motor vehicle collision giving rise to this action occurred in Baltimore City, Maryland.

5. The medical treatment and disability resulting from the collision occurred in Louisiana.

### COUNT I
### (Negligence – Personal Injury-Truck Collision-Jacques)

6. On February 15, 2021, Mr. Daniel Bullock was safely and legally parked resting in the back of his vehicle at 5500 Chemical Road in Baltimore City, Maryland. Defendant Jacques was driving a commercial vehicle semi-tractor trailer for Nice Guys, LLC when he filed his duty as a licensed commercial driver to check his surroundings before reversing his commercial semi-tractor trailer and with no regard for life or property, Defendant Jacques negligently backed into the right side of Mr. Bullock's parked vehicle.

7. At that time and at all times relevant herein, Defendant Jacques was employed by Defendant Nice Guys, and he was carrying out his duties on behalf of, within the scope of his employment with, and agency for Defendant Nice Guys, while operating a semi-tractor trailer, owned by his employer, Defendant Nice Guys.

8. Defendant Jacques while operating the Nice Guys tractor trailer for his employer, negligently and dangerously endangered many travelers on the roadway when he:

- Failed to give full time and attention to driving
- Operated a motor vehicle in an erratic and reckless manner

and as a direct and proximate result, he caused the Nice Guys tractor trailer to violently collide with Mr. Bullock's vehicle.

ALPERT SCHREYER, LLC
8 Post Office Road
Waldorf, Maryland 20602
301-932-9997

2

9. It was then and there the responsibility of Defendant Jacques:

- to give full time and attention to driving

- to not operate a motor vehicle in an erratic and reckless manner, and

to obey all traffic laws and rules of the road then and there in force and to otherwise operate his vehicle safely and cautiously, with due care and caution, so as to avoid striking Mr. Bullock's vehicle.

10. Notwithstanding the above-mentioned duties of Defendant Jacques, he operated his vehicle negligently and in violation of the traffic rules then and there in force, and violently struck Mr. Bullock's vehicle with his truck.

11. As a direct and proximate result of the negligent driving of Defendant Jacques, Mr. Bullock experienced great fear of catastrophic injury immediately after being struck by the Defendants vehicle.

12. As a result of the above said collision, Mr. Bullock was violently knocked and thrown about, sustaining severe, painful and permanent injuries to her body as well as severe and protracted shock to his nervous system, all of which caused him, and will continue to cause him in the future, great pain and mental anguish.

13. As a further result of the aforementioned injury sustained by Mr. Bullock has sustained extensive pain and suffering and may continue to endure extensive pain and suffering in the future.

14. Mr. Bullock is required, and may well be required in the future, to incur medical treatment and medical expenses for the aforesaid injuries.

15. Mr. Bullock lost a substantial amount of time from work as a result of Defendant Jacques negligence.

ALPERT SCHREYER, LLC
8 Post Office Road
Waldorf, Maryland 20602
301-932-9997

16. In addition to the aforementioned expenses, Mr. Bullock expended substantial sums of money for transportation in order to go to and from said treatment.

17. All of the aforementioned injuries were the result of the Defendants' aforesaid negligence, and were sustained without any fault or negligence on the part of the Plaintiff, Daniel Bullock.

WHEREFORE, Daniel Bullock claims compensatory damages in an amount that exceeds Seventy-Five Thousand Dollars and 00/100, plus interest and costs against the Defendants, Nice Guys, LLC and Peter D. Jean Jacques, jointly and severally.

## COUNT II
### (Agency, Negligent Hiring, Training and Supervision – Nice Guys, LLC)

18. All of the averments of fact stated in the other paragraphs of this complaint are adopted herein and made a part hereof as if fully set forth herein.

19. Defendant Nice Guys, by and through its agents, servants and/or employees, had a duty to reasonably, carefully and conscientiously secure and retain the services of qualified and well trained drivers, mechanics, managers and safety personnel, and to reasonably hire, train, and supervise their personnel once hired, to reasonably assure that the Defendant's drivers would know and follow safe driving practices and obey the rules of the road and all safety regulations, to assure that all vehicles would be operated in a safe manner, repairs would be made when necessary and in a safe manner, and to train its employees to manage the condition of the trucks by inspecting, repairing, maintaining and operating them so as to guard against injury to individuals on the roadways.

20. Defendant Nice Guys breached the duties owed to Mr. Bullock by failing to reasonably hire, train, supervise and retain their safety, management, driving, and other

ALPERT SCHREYER, LLC
8 Post Office Road
Waldorf, Maryland 20602
301-932-9997

4

personnel in many ways, including but not limited to:

    a.    Defendant Nice Guys failed to obtain the employment records of its drivers, including Defendant Jacques, from their previous employers, to learn of Defendant Jacques' lack of knowledge and skill concerning safe driving rules and practices;

    b.    Defendant Nice Guys failed to test its drivers, including Defendant Jacques, to learn of Defendant Jacques' lack of knowledge and skill concerning safe driving rules and practices;

    c.    Defendant Nice Guys. failed to test its drivers, including Defendant Jacques, to learn of Defendant Jacques' need to improve his knowledge and skill concerning safe driving rules and practices;

    d.    Defendant Nice Guys failed to promulgate driving safety standards to encourage and require its drivers, including Defendant Jacques, to learn and use safe driving rules and practices;

    e.    Defendant Nice Guys failed to institute driving safety seminars, classes and meetings, to teach and instruct its drivers, including Defendant Jacques, to learn and use safe driving rules and practices;

    f.    Defendant Nice Guys failed to provide driving supervisors who actively observed, monitored, evaluated and trained its drivers, including Defendant Jacques, concerning knowledge and use of safe driving rules and practices;

    g.    Defendant Nice Guys failed to monitor and test its drivers, including Defendant Jacques, concerning their knowledge and skill concerning safe driving rules and practices;

21. As a direct and proximate result of Defendant Jacques' agency with Defendant Nice Guys and Defendant Jacques' negligence in hiring, training, supervising and retaining their safety, management, driving and other personnel, including Defendant Jacques, Mr. Bullock was struck when Defendant Jacques drove the vehicle of Defendant Nice Guys into Mr. Bullock's vehicle. At that time Defendant Nice Guys knew, or should have known, through reasonable diligence and good business safety practices, that Defendant Jacques was

ALPERT SCHREYER, LLC
8 Post Office Road
Waldorf, Maryland 20602
301-932-9997

5

a dangerous driver, not possessing sufficient knowledge, skill and training to make him a safety conscious, full-time, professional driver, and more, he required additional knowledge, supervision and training to make him a less dangerous driver, including but not limited to:

a. Defendant Jacques needed Defendant Nice Guys to teach him the rules of the road;

b. Defendant Jacques needed Defendant Nice Guys to improve his knowledge and skill concerning safe driving rules and practices;

c. Defendant Jacques needed Defendant Nice Guys to make employer enforced driving safety standards that would encourage and require him to learn and use safe driving rules and practices;

d. Defendant Jacques needed Defendant Nice Guys to provide driving safety seminars, classes and meetings, that would teach the use safe driving rules and practices;

e. Defendant Jacques needed Defendant Nice Guys to provide driving supervisors who actively observed, monitored, evaluated and trained him concerning his knowledge and use of safe driving rules and practices;

f. Defendant Jacques needed Defendant Nice Guys to monitor and test him concerning his knowledge and skill concerning safe driving rules and practices;

WHEREFORE, Daniel Bullock claims compensatory damages in an amount that exceeds Seventy-Five Thousand Dollars and 00/100, plus interest and costs against the Defendants, Nice Guys, LLC and Peter D. Jean Jacques, jointly and severally.

Respectfully submitted,

ALPERT SCHREYER, LLC

Christopher F. Murphy, Esquire
CPF # 1012150292
8 Post Office Road
Waldorf, MD 20602
(301) 932-9997; murphy@dcmdlaw.com
*Attorney for Plaintiff*

ALPERT SCHREYER, LLC
8 Post Office Road
Waldorf, Maryland 20602
301-932-9997

## JURY DEMAND

The Plaintiff requests that this action be tried before a jury.

_____
Christopher F. Murphy, Esquire

ALPERT SCHREYER, LLC
8 Post Office Road
Waldorf, Maryland 20602
301-932-9997